# VERIFIED RETURN OF SERVICE

**State of** **County of**

Case Number: 8:26-cv-2870

CTO2026001705

Plaintiff:
**TIMOTHY BURKE**

vs.

Defendant:
**UNITED STATES OF AMERICA**

For:
Michael P. Maddux, Esq.
Michael P. Maddux, P.A.
2102 W. Cleveland St.
Tampa, FL 33606

Received by CAPS Florida on the 24th day of September, 2026 at 2:42 pm to be served on **UNITED STATES OF AMERICA United States Attorney's Office, 400 N. TAMPA ST., TAMPA, FL 33602**

I, Andrew Carlton, do hereby affirm that on the **24th day of September, 2026** at **3:02 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS,COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MICHAEL NORLING** as **LEGAL DEPARTMENT** for **UNITED STATES OF AMERICA United States Attorney's Office**, and informed said person of the contents therein, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
9/24/2026 3:02 pm SERVED MICHAEL NORLING, LEGAL DEPARTMENT

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Andrew Carlton**
CPS-13-741792

**CAPS Florida**
**1818 N 15th Street**
**Tampa, FL 33605**
**(866) 639-0581**

Our Job Serial Number: CTO-2026001705
Ref: BURKE

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V