**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TIMOTHY BURKE,**

**Plaintiff,**

**v.** **Case No. 8:26-cv-2870-VMC-LSG**

**UNITED STATES OF AMERICA,**

**Defendant.**
_______________________________________/

## NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

___X___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
*United States of America v. Timothy Burke*; Middle District of Florida; 8:24-cr-00068-KKM-SPF

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: 9/25/26

**MICHAEL P. MADDUX, P.A.**

***s/Michael P. Maddux***
Michael P. Maddux, Esquire
Florida Bar Number: 964212
Lead Trial Counsel for Plaintiff
2102 West Cleveland Street
Tampa, Florida 33606
Telephone: (813) 253-3363
Facsimile: (813) 253-2553
E-Mail:
mmaddux@madduxattorneys.com
jszymczak@madduxattorneys.com
ctonski@madduxattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of September 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

**MICHAEL P. MADDUX, P.A.**

***s/Michael P. Maddux***
Michael P. Maddux, Esquire
Florida Bar Number: 964212
Lead Trial Counsel for Plaintiff